No. 74–5092. ROSE *v.* UNITED STATES. C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded

for further consideration in light of *United States* v. *Hale, ante,* p. 171.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.  Reported below: 500 F. 2d 12.